

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 17, 2022

**By Email**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

    Re:    *United States v. Justin Hargrove*, **22 Mag. 8282**

Dear Judge Davison,

    In light of the arrest of defendant Justin Hargrove in the above-referenced matter, the Government respectfully requests that the complaint be unsealed.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    By: */s/ Kingdar Prussien*
    Kingdar Prussien
    Assistant United States Attorney
    (914) 993-1927

So Ordered 10/17/22